**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PADVINDER PADVINDER,<br><br>                Petitioner,<br><br>    v.<br><br>WARDEN, ADELANTO DETENTION FACILITY, *et al.*,<br><br>                Respondents. | Case No. 5:26-cv-00231-CV-MAA<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**<br><br>**[DOC. # 10]** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Doc. # 1, "Petition" or "Pet."), the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge (Doc. # 10).

The time for filing objections has expired, and no objections have been made. *See* Doc. # 12.

IT THEREFORE IS ORDERED that:

1. The Report and Recommendation is ACCEPTED and ADOPTED;

2. Claim One of the Petition (Pet. ¶¶ 98–105) is GRANTED;

3. Respondents shall release Petitioner Padvinder Padvinder ("Petitioner") from immigration detention forthwith, subject to the conditions of his prior parole. Respondents shall not impose any release restrictions on Petitioner,

such as electronic monitoring, unless deemed necessary at a future pre-deprivation bond hearing.

4. Respondents are ORDERED to immediately release Petitioner from custody, subject to the conditions of his prior parole;

5. Respondents must file with the Court a Notice of Compliance within twenty-four (24) hours of releasing Petitioner;

6. The remaining claims in the Petition are DENIED AS MOOT, in light of the relief granted on Claim One;

7. Petitioner's Motion for an Immediate Ruling on the Petition (ECF No. 8) is DENIED AS MOOT, in light of the relief granted on Claim One of the Petition; and

8. Petitioner is the prevailing party in this action and may seek attorney fees and costs as provided in the Local Rules of this Court. If Petitioner files such a request, the Court refers it to the Magistrate Judge to set an appropriate briefing schedule and to provide the Court with a report and recommendation.

**IT IS SO ORDERED**.

Dated:  MARCH 6, 2026

*Cynthia Valenzuela*
_____
HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE