JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PADVINDER PADVINDER, | Case No. 5:26-cv-00231-CV-MAA |
| Petitioner, | |
| v. | **JUDGMENT** |
| WARDEN, ADELANTO DETENTION FACILITY, et al., | |
| Respondents. | |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge filed March 6, 2026 (ECF No. 13) and the Notice of Compliance filed March 8, 2026 (ECF No. 15),

IT IS ORDERED AND ADJUDGED that the Petition is GRANTED.

DATED: May 29, 2026

*Cynthia Valenzuela*

CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE